# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTE HOLDINGS LLC, *et al.*, | Case No. 19-12269 (CTG) |
| Reorganized Debtors. | Jointly Administered |
| RPA ASSET MANAGEMENT SERVICES, LLC, TRUSTEE OF THE MDC LITIGATION TRUST, | Adv. Pro. No.: 21-51261 (CTG) |
| Plaintiff, | **Re: Adv. D.I. 46** |
| vs. | |
| TIER ONE ENERGY, LLP and TIER ONE ENERGY SERVICES, LLC, | |
| Defendants. | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Plaintiff's Motion for Default Judgment against Defendants Tier One Energy, LLP and Tier One Energy Services, LLC* (the "<u>Motion</u>") [Adv. D.I. 46], filed on January 31, 2023. The undersigned further certifies that he has reviewed the Court's docket in the above-captioned adversary proceeding and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to Del. Bankr. L.R. 7007-1(a)(ii), objections to the Motion were to be filed and served no later than February 14, 2023 (ET).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

{00033385. }

| | |
|---|---|
| Dated:  March 3, 2023<br>           Wilmington, Delaware | **THE ROSNER LAW GROUP LLC** |

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email:  gibson@teamrosner.com

-and-

SMYSER KAPLAN & VESELKA, L.L.P.
Dane Ball
Land Murphy
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761
Tel: (713) 221-22346

**Counsel to the Plaintiff**